UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF OLDCASTLE PRECAST, INC., a Washington Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>CONCRETE ACCESSORIES OF GEORGIA, INC., a Georgia corporation, AREVA FEDERAL SERVICES LLC, a Delaware limited liability company, and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>*Defendants.* | Case No. 4:17-cv-00164-BLW-CWD<br><br>**ORDER** |
| AREVA FEDERAL SERVICES LLC,<br><br>*Counter/Crossclaimant,*<br><br>v.<br><br>OLDCASTLE PRECAST, INC., *Counterdefendant*, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>*Crossclaim/Defendant.* | |

The Court having considered the parties' Stipulation and Request to Extend Time for Responses to Pending Motions (Dkt 85) and good cause appearing therefrom,

NOW, THEREFORE, IT IS HEREBY ORDERED that the briefing deadline for filing responses to motions identified as Dkt. Nos. 63, 64, 67, 71 and 72 is extended by one week to November 16, 2018. Reply briefs will be due by November 30, 2018.


DATED: November 13, 2018


B. Lynn Winmill
Chief Judge
United States District Court