UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OLDCASTLE PRECAST, INC. a Washington corporation,<br><br>       Plaintiff/Counterdefendant,<br><br>vs.<br><br>CONCRETE ACCESSORIES OF GEORGIA, INC., a Georgia corporation,<br><br>       Defendant/Counterclaimant,<br><br>And<br><br>AREVA FEDERAL SERVICES LLC, a Delaware limited liability company, and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>       Defendants. | Case No. 4:17-cv-164-BLW-CWD<br><br>ORDER GRANTING DEFENDANT/ COUNTERCLAIMANT'S MOTION TO SUPPLEMENT COUNSEL'S AFFIDAVIT IN SUPPORT OF DEFENDANT/ COUNTERCLAIMANT'S MOTION IN LIMINE (DKT. 64) |
| AREVA FEDERAL SERVICES, LLC,<br>       Counter/crossclaimant,<br>vs.<br><br>OLDCASTLE PRECAST, INC., counterdefendant, and LIBERTY MUTUAL INSURANCE COMPANY, Crossclaim Defendant. | |

The Motion to Supplement Counsel's Affidavit in Support of Defendant/counterclaimant's Motion in Limine (Dkt. 64) having come before this Court, the Court finds good cause to permit Defendant/counterclaimant Concrete Accessories of Georgia, Inc. ("CONAC") to supplement the record to include relevant portions of the transcript of the deposition of Henry Spieker.

The Motion to Supplement Counsel's Affidavit in Support of Defendant/counterclaimant's Motion in Limine is HEREBY GRANTED. In Addition, Counter/crossclaimant Areva Federal Services, LLC's request for additional time to respond to CONAC's arguments that rely on Mr. Spieker's deposition, Areva Federal Services, LLC's Memorandum in Opposition to CONAC's Motion in Limine (Dkt. 90), n.1, is HEREBY GRANTED.

It is HEREBY ORDERED that Areva Federal Services LLC's Response to CONAC's arguments that Rely on Mr. Spieker's deposition is due on December 7, 2018 and CONAC's Reply in Support of its Motion in Limine (Dkt. 64) is due on December 21, 2018.

DATED: November 29, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court